**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Case No.    11-253-04 (CCK)** |
| | : | |
| **v.** | : | |
| | : | |
| **KIMBERLY HALL,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION**
**TO DISMISS WITH PREJUDICE THE  INDICTMENT AGAINST DEFENDANT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this unopposed motion to dismiss with prejudice the indictment in the above-captioned case against the defendant.  In support of this motion the government relies on the following points and authorities:

1.    On May 8, 2012, a superseding indictment was filed in the United States District Court for the District of Columbia charging defendant Kimberly Hall with Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 280 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)((A)(ii) and (iii), and Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c). On May 31, 2012, the defendant entered into a "Deferred Prosecution Agreement" ("the Agreement") [Doc. # 127] with the government.  The Agreement provided, *inter alia*, that the defendant would be placed on one year of probation and be required to complete 50 hours of community service  The Agreement also provided in part:

> If, upon completion of defendant's period of deferred prosecution, a deferred prosecution report is received by the United States Attorney's Office for the District of Columbia from Pretrial Services to the effect that the defendant has complied with all the conditions of deferred prosecution set forth above, no criminal prosecution for the offenses will be re-initiated by the United States Attorney's Office

for the District of Columbia, and the United States Attorney's Office for the District of Columbia will move to dismiss with prejudice the charges in the indictment.

At the hearing on May 31, 2012, the Court scheduled a control status hearing for May 31, 2013, in order to address whether the defendant complied with the terms of the Agreement.

2.    On May 30, 2013, the government received a copy of a report from the Pretrial Services Agency indicating that the defendant has complied with the terms of her probation, including the completion of 50 hours of community service.  In accordance with the terms of the Agreement, the government hereby moves this Court to dismiss the superseding indictment in the above-captioned matter against the defendant with prejudice.  The government also moves to vacate the control status hearing set for May 31, 2013.  The government consulted with defense counsel for Defendant Hall, Joanne Hepworth, by telephone on May 30, 2013, who advised that the defendant does not oppose this motion.

WHEREFORE, the government respectfully requests that its unopposed motion to dismiss with prejudice the indictment against the defendant.

Respectfully submitted,

Ronald C. Machen Jr.
United States Attorney
DC Bar No. 447889

By:    _____/s/_____
       Steven B. Wasserman, DC Bar # 453251
       Assistant United States Attorney
       555 Fourth Street, N.W., Room 4237
       Washington, DC  20530
       (202) 252-7719 (Wasserman)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel, via the electronic case filing system, this 30th day of May, 2013.

_____/s/_____
STEVEN B. WASSERMAN
Assistant United States Attorney

3